UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40089 |
| Plaintiff, | REDACTED INDICTMENT |
| vs. | Conspiracy to Distribute a Controlled Substance |
| RONALD D. MINNIEFIELD, a/k/a "Zareef Al-amin," a/k/a "Chicago," a/k/a "Black," a/k/a "King," a/k/a "KO," JUSTIN DUANE LANGEN, a/k/a "Gus," a/k/a "Gusto," SARA RAE KILGORE, a/k/a "Queen," a/k/a "Heaven," and JORDAN DAVID PURLEE, | 21 U.S.C. §§ 841(a)(1) and 846 |
| Defendants. | |

The Grand Jury charges:

From an unknown date until on or about the date of the Indictment, in the District of South Dakota and elsewhere, Ronald D. Minniefield, a/k/a "Zareef Al-amin," a/k/a "Chicago," a/k/a "Black," a/k/a "King," a/k/a "KO," Justin Duane Langen, a/k/a "Gus," a/k/a "Gusto," Sara Rae Kilgore, a/k/a "Queen," a/k/a "Heaven," and Jordan David Purlee, did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 400 grams or more of a mixture and substance containing fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL:

*Name Redacted*
_____
Foreperson

DENNIS R. HOLMES
Acting United States Attorney

By: /s/ Dennis R. Holmes